No. 91–6687. IN RE BURKE; and

No. 91–6695. IN RE ARTEAGA. Petitions for writs of prohibition denied.

No. 91–321. ITEL CONTAINERS INTERNATIONAL CORP. v. HUDDLESTON, COMMISSIONER OF REVENUE OF TENNESSEE. Sup. Ct. Tenn. Certiorari granted.

No. 91–740. NIXON v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari granted.

No. 91–767. REPUBLIC NATIONAL BANK OF MIAMI v. UNITED STATES. C. A. 11th Cir. Certiorari granted.

No. 91–886. REVES ET AL. v. ERNST & YOUNG. C. A. 8th Cir. Certiorari granted.

No. 91–990. FARRAR ET AL., COADMINISTRATORS OF ESTATE OF FARRAR, DECEASED v. HOBBY. C. A. 5th Cir. Certiorari granted.

No. 91–521. BANCO POPULAR DE PUERTO RICO v. MUNICIPALITY OF MAYAGUEZ. Sup. Ct. P. R. Certiorari denied.

No. 91–597. HOUSTON BUILDING SERVICE, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–650. MARYLAND CLASSIFIED EMPLOYEES ASSN., INC., ET AL. v. SCHAEFER, GOVERNOR OF MARYLAND, ET AL. Ct. App. Md. Certiorari denied.

No. 91–659. FARMIGONI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.